**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DeepFlex, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-1216640** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3350 Rogerdale Road**<br>**Suite 200**<br>**Houston, TX 77042**<br>Number, Street, City, State & ZIP Code | **8 Penn Center**<br>**1628 John F. Kennedy Blvd.**<br>**Suite 1901**<br>**Philadelphia, PA 19103**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **DeepFlex, Inc.**
_____     Case number (*if known*) _____
Name

---

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**2123**

---

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | District | | When | Case number, if known | |

---

Debtor   **DeepFlex, Inc.**                                    Case number (*if known*)
_____
Name

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**
■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■ No
**have possession of any**
**real property or personal**     ☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.     Insurance agency     _____

Contact name     _____

Phone     _____

■ **Statistical and administrative information**

**13.  Debtor's estimation of**     *Check one:*
**available funds**
■   Funds will be available for distribution to unsecured creditors.

☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ☐ 1-49               ☐ 1,000-5,000          ☐ 25,001-50,000
**creditors**     ☐ 50-99              ☐ 5001-10,000          ☐ 50,001-100,000
■ 100-199            ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**     ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16.  Estimated liabilities**     ☐ $0 - $50,000           ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  **DeepFlex, Inc.**
_____   Case number (*if known*) _____
Name

▉ Request for Relief, Declaration, and Signatures
_____

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *04/03/2020*
          MM / DD / YYYY

X _____   **Fernando Friedheim**
Signature of authorized representative of debtor   Printed name

Title  **Officer and Director**

18. **Signature of attorney**

X  */s/ Michael Busenekll*
Signature of attorney for debtor

Date  *04/06/2020*
     MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Scali Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **302-425-5812**   Email address  **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

Fill in this information to identify the case:

Debtor name      **DeepFlex, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _04/03/2020_          x⇾ _(signature)_
                              Signature of individual signing on behalf of debtor

                              **Fernando Friedheim**
                              Printed name

                              **Officer and Director**
                              Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Delaware

In re __DeepFlex, Inc.__                                                 Case No. _____

_____                        Chapter    __7__
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 20,335.00 |
| Prior to the filing of this statement I have received | $ | 20,335.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ■ Debtor       ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor       ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
          copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
          reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
          522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

_04/06/2020_
_____
Date

/s/ Michael Busenkell
_____
**Michael Busenkell**
_Signature of Attorney_
**Gellert Scali Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812   Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**
_____
_Name of law firm_

**Fill in this information to identify the case:**

Debtor name   **DeepFlex, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $           0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     150,282.82

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................    $     150,282.82

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $           0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $       97,862.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$     32,042,407.00

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                                   $     32,140,269.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **DeepFlex, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.      **Cash on hand**                                                                                    **$150,282.82**

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account
                                                                                         number

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                    **$150,282.82**

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:        Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **DeepFlex, Inc.**
_____    Case number *(If known)*    _____
          Name

---

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

Part 7:    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

---

Part 8:    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

---

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

---

Part 11:    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **DeepFlex, Inc.**                                                    Case number *(If known)* _____
         Name

<table>
<tr><td colspan="3"><strong>Part 12:</strong>    Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$150,282.82** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | **$150,282.82** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$150,282.82** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **DeepFlex, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **DeepFlex, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Wilmington**<br>**800 French Street**<br>**8th Fl./Tax Division**<br>**Wilmington, DE 19801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$12,769.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Comal County**<br>**Tax Office**<br>**205 N Seguin Ave**<br>**New Braunfels, TX 78130** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,677.00** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **DeepFlex, Inc.**
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.00 | $0.00 |
|---|---|---|---|---|
| | **Florida Dept of State**<br>**RA Gray Building**<br>**500 S Bronough ST**<br>**Tallahassee, FL 32399** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,430.00 | $0.00 |
|---|---|---|---|---|
| | **Harris County (Houston)**<br>**1001 Preston St.**<br>**Houston, TX 77002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,864.00 | $0.00 |
|---|---|---|---|---|
| | **Mike Sullivan -**<br>**Tax Assessor Collector**<br>**1001 Preston Street**<br>**Houston, TX 77002** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,000.00 | $0.00 |
|---|---|---|---|---|
| | **Texas Workforce Commission**<br>**P.O. Box 149037**<br>**Austin, TX 78714** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **DeepFlex, Inc.**                                    Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,115.00 |
|---|---|---|---|

**Advanced Overhead Systems**
3510 Craftsman Blvd.
Lakeland, FL 33803

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,888.00 |
|---|---|---|---|

**Aerial Work Platforms, Inc.**
W230 N6080 Hi Tech Dr
Sussex, WI 53089

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,535.00 |
|---|---|---|---|

**Aerotek Commercial Staffing**
Greenpark Two 7505 Main St
Suite 400
Houston, TX 77030

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,687.00 |
|---|---|---|---|

**Airgas North Central**
1250 Wes Washington St
West Chicago, IL 60185

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109,197.00 |
|---|---|---|---|

**Alfred Watson Construction**
407 North W St.
Pensacola, FL 32505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,147.00 |
|---|---|---|---|

**Alief Independent
School District**
4250 Cook Road
Houston, TX 77072

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,869.00 |
|---|---|---|---|

**American Concrete Supply, Inc.**
20 E Quintette Rd
Cantonment, FL 32533

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **DeepFlex, Inc.**                                    Case number (if known) _____
_____
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,345.00** |
|---|---|---|---|

**Andrews Myers, P.C,**
**1885 Saint James Place**
**15th floor**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional Services**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,344.00** |
|---|---|---|---|

**Aramark Uniform Services**
**(Houston)**
**10110 Cash Road**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,152.00** |
|---|---|---|---|

**Aramark Uniform Services**
**10110 Cash Road**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$381,323.00** |
|---|---|---|---|

**Armstrong Electric**
**Company, Inc.**
**4920 Chaney St.**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$857.00** |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$228.00** |
|---|---|---|---|

**AT&T - Pensacola Acct**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107.00** |
|---|---|---|---|

**AT&T-1500**
**P.O. Box 5001**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|

Debtor   **DeepFlex, Inc.**                                          Case number (if known)
_____
Name

| 3.15 | Nonpriority creditor's name and mailing address | | |

**3.15**  Nonpriority creditor's name and mailing address
**AT&T-Main Cell Acct**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$3,023.00

**3.16**  Nonpriority creditor's name and mailing address
**ATI Flat Rolled Products**
**1000 Six PPG Place**
**Pittsburgh, PA 15222**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$87,462.00

**3.17**  Nonpriority creditor's name and mailing address
**Atlas Builders Group, Inc.**
**4137 Plant Ave.**
**Milton, FL 32571**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$67,412.00

**3.18**  Nonpriority creditor's name and mailing address
**Autozone**
**123 S Front St**
**Memphis, TN 38103**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$19.00

**3.19**  Nonpriority creditor's name and mailing address
**Axxair USA**
**4380 Mustang Rd**
**Alvin, TX 77511**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$3,399.00

**3.20**  Nonpriority creditor's name and mailing address
**Baskerville-Donovan, Inc.**
**449 W Main St.**
**Pensacola, FL 32502**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$62,554.00

**3.21**  Nonpriority creditor's name and mailing address
**Bay Insulation**
**of Pensacola**
**10104 N Palafox St.**
**Pensacola, FL 32534**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  __Trade debt__
Is the claim subject to offset? ■ No ☐ Yes

$25,004.00

Debtor  **DeepFlex, Inc.**                                          Case number (if known) _____
_____
Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,382.00 |
|---|---|---|---|

**3.22** Nonpriority creditor's name and mailing address
**Bellview Site
Contractors Inc.
3300 Godwin Ln.
Pensacola, FL 32526**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$162,382.00

---

**3.23** Nonpriority creditor's name and mailing address
**Bobbie's Marine
Services, LLC
3521 N. Rapids Rd.
P.O. Box 1214
Manitowoc, WI 54220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$8,798.00

---

**3.24** Nonpriority creditor's name and mailing address
**Broadwind Towers, Inc.
101 S 16th St
Manitowoc, WI 54220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

$657.00

---

**3.25** Nonpriority creditor's name and mailing address
**Butzel Long Attorneys
41000 Woodward Ave.
Bloomfield Hills, MI 48304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No ☐ Yes

$70,000.00

---

**3.26** Nonpriority creditor's name and mailing address
**C & S Janitorial
Services, Inc
6611 Theall Road
Houston, TX 77066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$6,114.00

---

**3.27** Nonpriority creditor's name and mailing address
**Chris Ballance
214 Colonial Homes Dr. NW
Apt. 1104
Carol Stream, IL 60197-6463**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pofessional Services/Consulting**

Is the claim subject to offset? ■ No ☐ Yes

$2,240.00

---

**3.28** Nonpriority creditor's name and mailing address
**Cintas First Aid
& Safety
10805 Southport Dr
Orlando, FL 32824**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

$732.00

---

Debtor    **DeepFlex, Inc.**                                          Case number (if known)
_____
             Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $384.00 |

**3.29** Nonpriority creditor's name and mailing address

**CIT Technology**
**Fin Serv., Inc.**
**100 Congress Ave**
**Ste 2000**
**Austin, TX 78701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$384.00

---

**3.30** Nonpriority creditor's name and mailing address

**City Centre LLC**
**100 Maritime Dr.**
**Suite 3C**
**Manitowoc, WI 54220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$171,438.00

---

**3.31** Nonpriority creditor's name and mailing address

**City Of Houston,**
**Sign Administation**
**1002 Washington Ave**
**# 1543**
**Houston, TX 77002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$255.00

---

**3.32** Nonpriority creditor's name and mailing address

**City of Houston-**
**Ara Alarm Administrator**
**P.O. Box 203887**
**Houston, TX 77216-3887**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  License Fee

Is the claim subject to offset? ■ No ☐ Yes

$138.00

---

**3.33** Nonpriority creditor's name and mailing address

**City of Pensacola**
**222 W. Main St.**
**P.O. Box 12910**
**Pensacola, FL 32521**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt/water bill

Is the claim subject to offset? ☐ No ☐ Yes

$138.00

---

**3.34** Nonpriority creditor's name and mailing address

**Coastal Property**
**Preparation LLC**
**5700 Almax Ct**
**Pensacola, FL 32506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$18,722.00

---

**3.35** Nonpriority creditor's name and mailing address

**Comcast**
**3164 N Miami Ave**
**Miami, FL 33127**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$879.00

---

Debtor **DeepFlex, Inc.**
     Name

Case number (if known)

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>**Computer Packages Inc**<br>**2203 Timberloch Place**<br>**Suite 234**<br>**Spring, TX 77380** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,148.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>**Concur Technologies, Inc.**<br>**601 108th Ave NE**<br>**Suite 1000**<br>**Bellevue, WA 98004** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,702.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>**Construct AS**<br>**Postbox 203**<br>**4098 Tananger**<br>**Stavanger, Sola  NORWAY** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$120,310.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| **3.39** | **Nonpriority creditor's name and mailing address**<br>**Construction Management**<br>**Advisors**<br>**4547 Lassassier**<br>**Pensacola, FL 32504** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$50,000.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address**<br>**CT Corporation**<br>**1200 S Pine Island Rd.**<br>**#250**<br>**Fort Lauderdale, FL 33324** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$972.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address**<br>**Dahill**<br>**16055 Space Center Blvd**<br>**Houston, TX 77062** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$165.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address**<br>**Datavox**<br>**6650 W Sam Houston Pkwy S**<br>**Houston, TX 77072** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$714.00** |

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

Debtor  **DeepFlex, Inc.**                                                                 Case number (if known) _____
_____
             Name

| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Davis-Standard**<br>**1 Extrusin Drive**<br>**Pawcatuck, CT 06379** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,789,815.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>**De Lage Landen**<br>**4600 Touchton Road East**<br>**Building 100, Suite 550**<br>**Marianna, FL 32446** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $88,971.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Det Norske Veritas**<br>**(U.S.A.), Inc.**<br>**1400 Ravello Dr**<br>**Katy, TX 77449** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,820.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Diversified Structural**<br>**Composites**<br>**1512 Interstate Dr**<br>**Erlanger, KY 41018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,080.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address**<br>**DNV-GL  Houston**<br>**1400 Ravello Dr**<br>**Katy, TX 77449** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,820.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Elite Mechanical**<br>**Systems. Llc**<br>**8804 Grow Dr.**<br>**Pensacola, FL 32514** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,146.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Energy Ventures**<br>**4110 Carillon Point**<br>**Kirkland, WA 98033** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,243.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **DeepFlex, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

| | | |
|---|---|---|
| **3.50** Nonpriority creditor's name and mailing address<br>**ETA International, Inc.**<br>**5 Depot St.**<br>**Greencastle, IN 46135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$98,993.00** |
| **3.51** Nonpriority creditor's name and mailing address<br>**Faith Technologies, Inc.**<br>**11086 Starng Line Rd**<br>**Lenexa, KS 66215**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,492.00** |
| **3.52** Nonpriority creditor's name and mailing address<br>**Fastenal - Manitowoc**<br>**3915 Dewey St**<br>**Manitowoc, WI 54220**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,328.00** |
| **3.53** Nonpriority creditor's name and mailing address<br>**Foster, LLP**<br>**3 Greenway Plaza**<br>**Suite 800**<br>**Houston, TX 77046**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade Debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$21,619.00** |
| **3.54** Nonpriority creditor's name and mailing address<br>**Fox Valley**<br>**Metrology, Ltd.**<br>**665 E Industrial Dr**<br>**Hartland, WI 53029**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,837.00** |
| **3.55** Nonpriority creditor's name and mailing address<br>**Fracht, FWO Inc.**<br>**16701 Greenspoint Park Dr.**<br>**Suite 300**<br>**Houston, TX 77060**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$24,931.00** |
| **3.56** Nonpriority creditor's name and mailing address<br>**G2MT Labs**<br>**5401 Mitchelldale St**<br>**Suite A3**<br>**Houston, TX 77092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,589.00** |

Debtor    **DeepFlex, Inc.**                                         Case number (if known) _____
_____
Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,303.00 |
|---|---|---|---|

**Gateway Logistics Group**
**18201 Viscoun Road**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,974.00 |
|---|---|---|---|

**Gearn Offshore Inc.**
**421 Conroe Park W Dr.**
**Conroe, TX 77303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,143.00 |
|---|---|---|---|

**George Koper**
**Associates, PA**
**3001 N 12th Ave**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,426.00 |
|---|---|---|---|

**Golden Giant**
**13300 S Vision Dr**
**Kenton, OH 43326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,190.00 |
|---|---|---|---|

**Graebel Companies, Inc.**
**16346 Airport Circle**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,725.00 |
|---|---|---|---|

**Grundy & Associates**
**770 S Post Oak Ln #360**
**Houston, TX 77056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Professional Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,838.00 |
|---|---|---|---|

**Guill Tool &**
**Engineering Co. Inc.**
**10 Pike St.**
**West Warwick, RI 02893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DeepFlex, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,759.00 |
|---|---|---|---|

**Gulf Power Pensacola**
**1 Energy Pl**
**Pensacola, FL 32520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,728.00 |
|---|---|---|---|

**Harmer Steel Products Co.**
**10707 NW Front Avenue**
**Portland, OR 97231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,256.00 |
|---|---|---|---|

**Harris Rebar Nufab LLC**
**318 Arvin Ave.**
**Stoney Creek- ONTARIO**
**L8E 2M2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,434.00 |
|---|---|---|---|

**Holiday Inn Manitowoc**
**4601 Calumet Ave**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,247,522.00 |
|---|---|---|---|

**Inventure Engineering**
**And Machinery Inc**
**511 Welham Rd Nr. 10**
**Barrie, ONTARIO L4N8Z6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,000.00 |
|---|---|---|---|

**IQPCWorldwide, APAC**
**535 Fifth Avenue 8th Fl**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,750.00 |
|---|---|---|---|

**J. R. Automation**
**Technologies, Llc**
**13365 Tyler St.**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **DeepFlex, Inc.**
_____
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.71    **Nonpriority creditor's name and mailing address**
**Jackson Concrete**
**Pumping, LLC**
**30441 AL-59**
**Loxley, AL 36551**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$5,573.00**

---

3.72    **Nonpriority creditor's name and mailing address**
**James Alfred/**
**Architects, LLC**
**14311 Burgoyne Road**
**Houston, TX 77077**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

Is the claim subject to offset? ■ No ☐ Yes

**$6,050.00**

---

3.73    **Nonpriority creditor's name and mailing address**
**Jehle-Halstead, Inc**
**1206 N Palafox St**
**Pensacola, FL 32501**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$8,143.00**

---

3.74    **Nonpriority creditor's name and mailing address**
**Kent Corporation**
**2905 Highway 61 North**
**Muscatine, IA 52761**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$17,250.00**

---

3.75    **Nonpriority creditor's name and mailing address**
**Klocke & Associates, Inc**
**12 Tenbrook Industrial Ct.**
**Arnold, MO 63010**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

Is the claim subject to offset? ■ No ☐ Yes

**$59,100.00**

---

3.76    **Nonpriority creditor's name and mailing address**
**KNM Machining, LLC**
**1950 Johnston Drive**
**Manitowoc, WI 54220**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

**$81,430.00**

---

3.77    **Nonpriority creditor's name and mailing address**
**KPMG LLP**
**811 Main St**
**Suite 4500**
**Houston, TX 77002**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

Is the claim subject to offset? ■ No ☐ Yes

**$20,000.00**

---

| Debtor | **DeepFlex, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**L Pugh & Associates Inc.**<br>**10108 North Palafox Hwy**<br>**Pensacola, FL 32534**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$72,569.00** |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Leaf Capital Funding Inc.**<br>**2005 Market St**<br>**Philadelphia, PA 19103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,481.00** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Liberty Electrical**<br>**Contractors, Inc.**<br>**1424 Whitlock Ave**<br>**Jacksonville, FL 32211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,962.00** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Locate Staffing**<br>**2301 Holmgren Way**<br>**Suite 5**<br>**Green Bay, WI 54304**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,397.00** |
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Marimon**<br>**7300 Gessner Rd.**<br>**Houston, TX 77040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$775.00** |
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Micarles LLC**<br>**(Houston Landlord)**<br>**3350 Rogerdale Road**<br>**Houston, TX 77042**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Rent owed__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$4,000,000.00** |
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Michael Page**<br>**International Inc**<br>**5151 San Felipe**<br>**Suite 2000**<br>**Houston, TX 77056**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,400.00** |

Debtor  **DeepFlex, Inc.**                                          Case number (if known)
        Name

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Modular Space
Corporation (Modspace)
1200 Swedesford Road
Berwyn, PA 19312**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.00 |
|---|---|---|---|

**Motion Industries-
Sheboygan
3669 Enterprise Dr
Sheboygan, WI 53083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29.00 |
|---|---|---|---|

**Motor Propane Service
W2059 Garton Road
Sheboygan, WI 53083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,825.00 |
|---|---|---|---|

**MTS
1400 Technology Drive
Eden Prairie, MN 55344**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,830.00 |
|---|---|---|---|

**Mungo Creative
1201 Broadway
New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,541.00 |
|---|---|---|---|

**Myofficeproducts, LLC
320 Tech Park Dr.
Ste. 100
Lebanon, TN 37088**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Neptco Total
295 University Ave
Westwood, MA 02090**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **DeepFlex, Inc.**    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.92 | **Nonpriority creditor's name and mailing address** | $105.00 |
| | **Nicol Scales** | |
| | **& Measurement** | |
| | **14850 Woodham Dr.** | |
| | **Suite B135** | |
| | **Houston, Texas 77073-0000** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.93 | **Nonpriority creditor's name and mailing address** | $212,138.00 |
| | **Offshore Inland Marine** | |
| | **& Oilfield Service** | |
| | **640 S Barracks St.** | |
| | **Pensacola, FL 32502** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.94 | **Nonpriority creditor's name and mailing address** | $124.00 |
| | **Old Dominion** | |
| | **Freight Line, Inc.** | |
| | **500 Old Dominion Way** | |
| | **Thomasville, NC 27360** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address** | $56,709.00 |
| | **Osha Liang LLP** | |
| | **909 Fannin St. 3500** | |
| | **Houston, TX 77010** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | $2,540.00 |
| | **Pate Stevedore Co., Inc.** | |
| | **720 S Barracks St** | |
| | **Pensacola, FL 32502** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.97 | **Nonpriority creditor's name and mailing address** | $4,208.00 |
| | **Pennwell** | |
| | **1455 W Loop S # 400** | |
| | **Houston, TX 77027** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.98 | **Nonpriority creditor's name and mailing address** | $673.00 |
| | **PHSI Pure Water Finance** | |
| | **475 Half Day Rd Ste 450** | |
| | **Lincolnshire, IL 60069** | |

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **DeepFlex, Inc.**                                    Case number (if known) _____
        Name

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.00 |

**Pitney Bowes**
**Global Financial Svcs LLC**
**27 Waterview Drive**
**Shelton, CT 06484-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $304.00 |

**Pro Safety**
**20 Cedar St #103**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,603.00 |

**Ram Tool & Supply Co., Inc.**
**3027 North Davis HWY**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,408.00 |

**Rudd & Son Welding**
**81 E Mile Road**
**Pensacola, FL 32534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,703.00 |

**Schaus Roofing &**
**Mechanical**
**2901 Calumet Ave**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,225.00 |

**Sikich LLP**
**8 N Raymond Ave**
**Suite 906**
**Pasadena, CA 91103-3000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,281.00 |

**Stress Engineering**
**Services Inc**
**13800 Westfair East Dr.**
**Building 3**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **DeepFlex, Inc.**                                              Case number *(if known)*
         Name

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address** | **$58,244.00** |

**Sunbelt Rentals**
**(Atlas Builders)**
**5770 N Military Trl**
**West Palm Beach, FL 33407**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address** | **$70,302.00** |

**Tata Technologies, Inc.**
**6001 Cass Avenue**
**Suite 600**
**Detroit, MI 48202**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address** | **$18,931.00** |

**Terracon Consultants, Inc.**
**600 University Office Blvd**
**Suite 13B**
**Pensacola, FL 32504**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address** | **$45,000.00** |

**Thistle Software**
**2D Churchill Place**
**Broughty Ferry,**
**Dundee DD5 2ET-SCOTLAND**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address** | **$23,842.00** |

**Thompson Pump &**
**Manufacturing Co., Inc.**
**4260 City Centr Dr.**
**Port Orange, FL 32129**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** | **$2,016.00** |

**Toyota Rent A Car**
**Open Road Rent A Car LLC**
**P.O. Box 30166**
**Dallas, TX 75303**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** | **$873.00** |

**Unishippers Freight Operations**
**7158 S FLSmidth Drive**
**Suite #200**
**Midvale, UT 84047**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **DeepFlex, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000,000.00 |
|---|---|---|---|

**Varilease**
**2800 East Cottonwood Pkwy**
**2nd Floor**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Equipment Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,828.00 |
|---|---|---|---|

**Wafios Machinery Corp.**
**27 Northeast Industrial Road**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.00 |
|---|---|---|---|

**Watson's Naturally**
**Pure Water**
**N174W21475 Alcan Dr**
**Jackson, WI 53037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,003.00 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**800 Walnut St.**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,267.00 |
|---|---|---|---|

**Wisconsin Lift Truck Corp.**
**3125 Intertech Dr**
**Brookfield, WI 53045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $134,375.00 |
|---|---|---|---|

**Wisconsin Oven Corporation**
**2675 Main St.**
**East Troy, WI 53120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,343.00 |
|---|---|---|---|

**Ziegler Inc.**
**1500 Ziegler Dr. Northwest**
**Altoona, IA 50009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **DeepFlex, Inc.**
_____
Name

Case number (if known) _____

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 97,862.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 32,042,407.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 32,140,269.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>DeepFlex, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease** |
| State the term remaining | **Varilease Finance, Inc.** |
| List the contract number of any government contract | **2800 East Cottonwood Pkwy 2nd Floor Salt Lake City, UT 84121** |

**Fill in this information to identify the case:**

Debtor name    **DeepFlex, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**
*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | DeepFlex Ltda. - Varilease | Ruada Candeleria 60 9th Floor Rio de Janiero, BRAZIL | | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name      **DeepFlex, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

    | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |
    | 4.1.  **Fernando Friedheim**<br>   **Rua Embaixador Morgan**<br>   **12- Humait**<br>   **Rio de Janeiro, RJ- BRAZIL**<br>   **Officer and Director** | **6/24/2019** | **$78,791.66** | **Debt** |

Debtor **DeepFlex, Inc.**                                    Case number (if known) _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Fernando Friedheim**<br>**Rua Embaixador Morgan**<br>**12- Humaita**<br>**Rio de Janeiro, RJ, BRAZIL**<br>**Officer and Director** | **12/10/2019** | **$9,528.60** | **Debt** |
| 4.3. **Fernando Friedheim**<br>**Rua Embaixador Morgan**<br>**12-Humaita**<br>**Rio de Janeiro, RJ BRAZIL**<br>**Officer and Director** | **2/7/2020** | **$4,094.53** | **Debt** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Commerica Bank**<br>**333 West Santa Clara St.**<br>**12th Fl.**<br>**San Jose, CA 95113** | **Commerica has claim over DeepFlex's patents and has already foreclosed on the patents** | | **$0.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Varilease v DeepFlex, Inc. and DeepFelx Brasil** | **Action in Brazil** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Micarles, LLC vs. DeepFlex, Inc. etc.**<br>**201614587** | **Plaintiff is suing Deepflex for allegedly breaching both the Lease and Deferment Agreement.** | **The 11th Judicial District Court of Harris Co.**<br>**201Caroline**<br>**2nd Floor**<br>**Houston, TX 77002** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **DeepFlex, Inc.**                                                              Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Scali Busenkell & Brown, LLC** **1201 N. Orange Street** **Suite 300** **Wilmington, DE 19801** | | **12/31/2019** | **$20,335.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **DeepFlex, Inc.**                                             Case number *(if known)* _____

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1 | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338**<br><br>Relationship to debtor | | **5/13/2019** | **$13,100.50** |
| 13.2 | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338**<br><br>Relationship to debtor | | **7/25/2019** | **$1,400.00** |
| 13.3 | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338**<br><br>Relationship to debtor | | **8/15/2019** | **$1,112.50** |
| 13.4 | **Paul Hastings LLP**<br>**Av. Presidente Juscelino**<br>**Kubitschek, 2041--Torre D,**<br>**21º andar**<br>**Sao Paulo, SP- 04543-011--**<br>**BRAZIL**<br><br>Relationship to debtor | | **10/30/2019** | **$56,581.95** |
| 13.5 | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338**<br><br>Relationship to debtor | | **2/7/2020** | **$6,452.50** |
| 13.6 | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338**<br><br>Relationship to debtor | | **3/18/2020** | **$2,320.00** |

**Part 7:**  Previous Locations

14. **Previous addresses**
     List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor   **DeepFlex, Inc.**                                            Case number *(if known)* _____

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **3350 Rogerdale Road<br>Suite 200<br>Houston, TX 77042** | **June 2010 through October 2015** |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **DeepFlex, Inc.**                                              Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Debtor  **DeepFlex, Inc.**                                          Case number *(if known)* _____

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338** | **June 6, 2018**<br>**through July 8, 2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **Pannel Kerr Forster**<br>**of  Texas, P.C.**<br>**5847 San Felipe St.**<br>**Suite 2600**<br>**Houston, TX 77057** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Bill Berry**<br>**1030 First Street**<br>**Humble, TX 77338** | **The books of accounts and records are unavailable since 2014 as the company did not have enough resources to keep them updated.** |
| 26c.2. | **Pannel Kerr Forster**<br>**of  Texas, P.C.**<br>**5847 San Felipe St.**<br>**Suite 2600**<br>**Houston, TX 77057** | **The books of accounts and records are unavailable since 2014 as the company did not have enough resources to keep them updated.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Fernando Friedheim | Rua Embaixador Morgan 12- Humaita Rio de Janeiro, BRAZIL | Officer and Director | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **DeepFlex, Inc.**                                             Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| DeepFlex Brasil | | Shareholder | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Fernando Freidham<br>Rua Embaixador Morgan<br>12- Humaita<br>Rio de Janeiro, BRAZIL | 78,791.66 | 06/24/2019 | Debt |
| | Relationship to debtor<br>Officer and Director | | | |
| 30.2 | Fernando Freidham<br>Rua Embaixador Morgan<br>12- Humaita<br>Rio de Janeiro, BRAZIL | 9,528.60 | 12/10/2019 | Debt |
| | Relationship to debtor<br>Officer and Director | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No
☐  Yes. Identify below.

Name of the parent corporation                                          Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■  No
☐  Yes. Identify below.

Name of the pension fund                                                Employer Identification number of the parent corporation

Debtor   **DeepFlex, Inc.** _____    Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   *04/03/2020*
_____

_____        **Fernando Friedheim**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Officer and Director** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Delaware

In re    **DeepFlex, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Officer and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    _04/03/2020_

**Fernando Friedheim/Officer and Director**
Signer/Title

DEEPFLEX, INC.
8 PENN CENTER
1628 JOHN F. KENNEDY BLVD.
SUITE 1901
PHILADELPHIA, PA 19103

ARAMARK UNIFORM SERVICES
(HOUSTON)
10110 CASH ROAD
STAFFORD, TX 77477

AXXAIR USA
4380 MUSTANG RD
ALVIN, TX 77511

MICHAEL BUSENKELL
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. ORANGE STREET
SUITE 300
WILMINGTON, DE 19801

ARAMARK UNIFORM SERVICES
10110 CASH ROAD
STAFFORD, TX 77477

BASKERVILLE-DONOVAN, INC.
449 W MAIN ST.
PENSACOLA, FL 32502

ADVANCED OVERHEAD SYSTEMS
3510 CRAFTSMAN BLVD.
LAKELAND, FL 33803

ARMSTRONG ELECTRIC
COMPANY, INC.
4920 CHANEY ST.
PENSACOLA, FL 32503

BAY INSULATION
OF PENSACOLA
10104 N PALAFOX ST.
PENSACOLA, FL 32534

AERIAL WORK PLATFORMS, INC.
W230 N6080 HI TECH DR
SUSSEX, WI 53089

AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

BELLVIEW SITE
CONTRACTORS INC.
3300 GODWIN LN.
PENSACOLA, FL 32526

AEROTEK COMMERCIAL STAFFING
GREENPARK TWO 7505 MAIN ST
SUITE 400
HOUSTON, TX 77030

AT&T - PENSACOLA ACCT
P.O. BOX 105262
ATLANTA, GA 30348-5262

BOBBIE'S MARINE
SERVICES, LLC
3521 N. RAPIDS RD.
P.O. BOX 1214
MANITOWOC, WI 54220

AIRGAS NORTH CENTRAL
1250 WES WASHINGTON ST
WEST CHICAGO, IL 60185

AT&T-1500
P.O. BOX 5001
CAROL STREAM, IL 60197

BROADWIND TOWERS, INC.
101 S 16TH ST
MANITOWOC, WI 54220

ALFRED WATSON CONSTRUCTION
407 NORTH W ST.
PENSACOLA, FL 32505

AT&T-MAIN CELL ACCT
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

BUTZEL LONG ATTORNEYS
41000 WOODWARD AVE.
BLOOMFIELD HILLS, MI 48304

ALIEF INDEPENDENT
SCHOOL DISTRICT
4250 COOK ROAD
HOUSTON, TX 77072

ATI FLAT ROLLED PRODUCTS
1000 SIX PPG PLACE
PITTSBURGH, PA 15222

C & S JANITORIAL
SERVICES, INC
6611 THEALL ROAD
HOUSTON, TX 77066

AMERICAN CONCRETE SUPPLY, INC.
20 E QUINTETTE RD
CANTONMENT, FL 32533

ATLAS BUILDERS GROUP, INC.
4137 PLANT AVE.
MILTON, FL 32571

CHRIS BALLANCE
214 COLONIAL HOMES DR. NW
APT. 1104
CAROL STREAM, IL 60197-6463

ANDREWS MYERS, P.C.
1885 SAINT JAMES PLACE
15TH FLOOR
HOUSTON, TX 77056

AUTOZONE
123 S FRONT ST
MEMPHIS, TN 38103

CINTAS FIRST AID
& SAFETY
10805 SOUTHPORT DR
ORLANDO, FL 32824

CIT TECHNOLOGY
FIN SERV., INC.
100 CONGRESS AVE
STE 2000
AUSTIN, TX 78701

CITY CENTRE LLC
100 MARITIME DR.
SUITE 3C
MANITOWOC, WI 54220

CITY OF HOUSTON,
SIGN ADMINISTATION
1002 WASHINGTON AVE
# 1543
HOUSTON, TX 77002

CITY OF HOUSTON-
ARA ALARM ADMINISTRATOR
P.O. BOX 203887
HOUSTON, TX 77216-3887

CITY OF PENSACOLA
222 W. MAIN ST.
P.O. BOX 12910
PENSACOLA, FL 32521

CITY OF WILMINGTON
800 FRENCH STREET
8TH FL./TAX DIVISION
WILMINGTON, DE 19801

COASTAL PROPERTY
PREPARATION LLC
5700 ALMAX CT
PENSACOLA, FL 32506

COMAL COUNTY
TAX OFFICE
205 N SEGUIN AVE
NEW BRAUNFELS, TX 78130

COMCAST
3164 N MIAMI AVE
MIAMI, FL 33127

COMPUTER PACKAGES INC
2203 TIMBERLOCH PLACE
SUITE 234
SPRING, TX 77380

CONCUR TECHNOLOGIES, INC.
601 108TH AVE NE
SUITE 1000
BELLEVUE, WA 98004

CONSTRUCT AS
POSTBOX 203
4098 TANANGER
STAVANGER, SOLA  NORWAY

CONSTRUCTION MANAGEMENT
ADVISORS
4547 LASSASSIER
PENSACOLA, FL 32504

CT CORPORATION
1200 S PINE ISLAND RD.
#250
FORT LAUDERDALE, FL 33324

DAHILL
16055 SPACE CENTER BLVD
HOUSTON, TX 77062

DATAVOX
6650 W SAM HOUSTON PKWY S
HOUSTON, TX 77072

DAVIS-STANDARD
1 EXTRUSIN DRIVE
PAWCATUCK, CT 06379

DE LAGE LANDEN
4600 TOUCHTON ROAD EAST
BUILDING 100, SUITE 550
MARIANNA, FL 32446

DEEPFLEX LTDA. - VARILEASE
RUADA CANDELERIA 60
9TH FLOOR
RIO DE JANIERO, BRAZIL

DET NORSKE VERITAS
(U.S.A.), INC.
1400 RAVELLO DR
KATY, TX 77449

DIVERSIFIED STRUCTURAL
COMPOSITES
1512 INTERSTATE DR
ERLANGER, KY 41018

DNV-GL  HOUSTON
1400 RAVELLO DR
KATY, TX 77449

ELITE MECHANICAL
SYSTEMS. LLC
8804 GROW DR.
PENSACOLA, FL 32514

ENERGY VENTURES
4110 CARILLON POINT
KIRKLAND, WA 98033

ETA INTERNATIONAL, INC.
5 DEPOT ST.
GREENCASTLE, IN 46135

FAITH TECHNOLOGIES, INC.
11086 STARNG LINE RD
LENEXA, KS 66215

FASTENAL - MANITOWOC
3915 DEWEY ST
MANITOWOC, WI 54220

FLORIDA DEPT OF STATE
RA GRAY BUILDING
500 S BRONOUGH ST
TALLAHASSEE, FL 32399

FOSTER, LLP
3 GREENWAY PLAZA
SUITE 800
HOUSTON, TX 77046

FOX VALLEY
METROLOGY, LTD.
665 E INDUSTRIAL DR
HARTLAND, WI 53029

FRACHT, FWO INC.
16701 GREENSPOINT PARK DR.
SUITE 300
HOUSTON, TX 77060

HARMER STEEL PRODUCTS CO.
10707 NW FRONT AVENUE
PORTLAND, OR 97231

KENT CORPORATION
2905 HIGHWAY 61 NORTH
MUSCATINE, IA 52761

G2MT LABS
5401 MITCHELLDALE ST
SUITE A3
HOUSTON, TX 77092

HARRIS COUNTY (HOUSTON)
1001 PRESTON ST.
HOUSTON, TX 77002

KLOCKE & ASSOCIATES, INC
12 TENBROOK INDUSTRIAL CT.
ARNOLD, MO 63010

GATEWAY LOGISTICS GROUP
18201 VISCOUN ROAD
HOUSTON, TX 77032

HARRIS REBAR NUFAB LLC
318 ARVIN AVE.
STONEY CREEK- ONTARIO
L8E 2M2

KNM MACHINING, LLC
1950 JOHNSTON DRIVE
MANITOWOC, WI 54220

GEARN OFFSHORE INC.
421 CONROE PARK W DR.
CONROE, TX 77303

HOLIDAY INN MANITOWOC
4601 CALUMET AVE
MANITOWOC, WI 54220

KPMG LLP
811 MAIN ST
SUITE 4500
HOUSTON, TX 77002

GEORGE KOPER
 ASSOCIATES, PA
3001 N 12TH AVE
PENSACOLA, FL 32503

INVENTURE ENGINEERING
AND MACHINERY INC
511 WELHAM RD NR. 10
BARRIE, ONTARIO L4N8Z6

L PUGH & ASSOCIATES INC.
10108 NORTH PALAFOX HWY
PENSACOLA, FL 32534

GOLDEN GIANT
13300 S VISION DR
KENTON, OH 43326

IQPCWORLDWIDE, APAC
535 FIFTH AVENUE 8TH FL
NEW YORK, NY 10017

LEAF CAPITAL FUNDING INC.
2005 MARKET ST
PHILADELPHIA, PA 19103

GRAEBEL COMPANIES, INC.
16346 AIRPORT CIRCLE
AURORA, CO 80011

J. R. AUTOMATION
TECHNOLOGIES, LLC
13365 TYLER ST.
HOLLAND, MI 49424

LIBERTY ELECTRICAL
CONTRACTORS, INC.
1424 WHITLOCK AVE
JACKSONVILLE, FL 32211

GRUNDY & ASSOCIATES
770 S POST OAK LN #360
HOUSTON, TX 77056

JACKSON CONCRETE
PUMPING, LLC
30441 AL-59
LOXLEY, AL 36551

LOCATE STAFFING
2301 HOLMGREN WAY
SUITE 5
GREEN BAY, WI 54304

GUILL TOOL &
ENGINEERING CO. INC.
10 PIKE ST.
WEST WARWICK, RI 02893

JAMES ALFRED/
ARCHITECTS, LLC
14311 BURGOYNE ROAD
HOUSTON, TX 77077

MARIMON
7300 GESSNER RD.
HOUSTON, TX 77040

GULF POWER PENSACOLA
1 ENERGY PI
PENSACOLA, FL 32520

JEHLE-HALSTEAD, INC
1206 N PALAFOX ST
PENSACOLA, FL 32501

MICARLES LLC
(HOUSTON LANDLORD)
3350 ROGERDALE ROAD
HOUSTON, TX 77042

MICHAEL PAGE
INTERNATIONAL INC
5151 SAN FELIPE
SUITE 2000
HOUSTON, TX 77056

MIKE SULLIVAN -
TAX ASSESSOR COLLECTOR
1001 PRESTON STREET
HOUSTON, TX 77002

MODULAR SPACE
CORPORATION (MODSPACE)
1200 SWEDESFORD ROAD
BERWYN, PA 19312

MOTION INDUSTRIES-
SHEBOYGAN
3669 ENTERPRISE DR
SHEBOYGAN, WI 53083

MOTOR PROPANE SERVICE
W2059 GARTON ROAD
SHEBOYGAN, WI 53083

MTS
1400 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN 55344

MUNGO CREATIVE
1201 BROADWAY
NEW YORK, NY 10001

MYOFFICEPRODUCTS, LLC
320 TECH PARK DR.
STE. 100
LEBANON, TN 37088

NEPTCO TOTAL
295 UNIVERSITY AVE
WESTWOOD, MA 02090

NICOL SCALES
& MEASUREMENT
14850 WOODHAM DR.
SUITE B135
HOUSTON, TEXAS 77073-0000

OFFSHORE INLAND MARINE
& OILFIELD SERVICE
640 S BARRACKS ST.
PENSACOLA, FL 32502

OLD DOMINION
FREIGHT LINE, INC.
500 OLD DOMINION WAY
THOMASVILLE, NC 27360

OSHA LIANG LLP
909 FANNIN ST. 3500
HOUSTON, TX 77010

PATE STEVEDORE CO., INC.
720 S BARRACKS ST
PENSACOLA, FL 32502

PENNWELL
1455 W LOOP S # 400
HOUSTON, TX 77027

PHSI PURE WATER FINANCE
475 HALF DAY RD STE 450
LINCOLNSHIRE, IL 60069

PITNEY BOWES
GLOBAL FINANCIAL SVCS LLC
27 WATERVIEW DRIVE
SHELTON, CT 06484-4000

PRO SAFETY
20 CEDAR ST #103
NEW ROCHELLE, NY 10801

RAM TOOL & SUPPLY CO., INC.
3027 NORTH DAVIS HWY
PENSACOLA, FL 32503

RUDD & SON WELDING
81 E MILE ROAD
PENSACOLA, FL 32534

SCHAUS ROOFING &
MECHANICAL
2901 CALUMET AVE
MANITOWOC, WI 54220

SIKICH LLP
8 N RAYMOND AVE
SUITE 906
PASADENA, CA 91103-3000

STRESS ENGINEERING
SERVICES INC
13800 WESTFAIR EAST DR.
BUILDING 3
HOUSTON, TX 77041

SUNBELT RENTALS
(ATLAS BUILDERS)
5770 N MILITARY TRL
WEST PALM BEACH, FL 33407

TATA TECHNOLOGIES, INC.
6001 CASS AVENUE
SUITE 600
DETROIT, MI 48202

TERRACON CONSULTANTS, INC.
600 UNIVERSITY OFFICE BLVD
SUITE 13B
PENSACOLA, FL 32504

TEXAS WORKFORCE COMMISSIO
P.O. BOX 149037
AUSTIN, TX 78714

THISTLE SOFTWARE
2D CHURCHILL PLACE
BROUGHTY FERRY,
DUNDEE DD5 2ET-SCOTLAND

THOMPSON PUMP &
MANUFACTURING CO., INC.
4260 CITY CENTR DR.
PORT ORANGE, FL 32129

TOYOTA RENT A CAR
OPEN ROAD RENT A CAR LLC
P.O. BOX 30166
DALLAS, TX 75303

UNISHIPPERS FREIGHT OPERATIONS
7158 S FLSMIDTH DRIVE
SUITE #200
MIDVALE, UT 84047


VARILEASE
2800 EAST COTTONWOOD PKWY
2ND FLOOR
SALT LAKE CITY, UT 84121


VARILEASE FINANCE, INC.
2800 EAST COTTONWOOD PKWY
2ND FLOOR
SALT LAKE CITY, UT 84121


WAFIOS MACHINERY CORP.
27 NORTHEAST INDUSTRIAL ROAD
BRANFORD, CT 06405


WATSON'S NATURALLY
PURE WATER
N174W21475 ALCAN DR
JACKSON, WI 53037


WELLS FARGO FINANCIAL LEASING
800 WALNUT ST.
DES MOINES, IA 50309


WISCONSIN LIFT TRUCK CORP.
3125 INTERTECH DR
BROOKFIELD, WI 53045


WISCONSIN OVEN CORPORATION
2675 MAIN ST.
EAST TROY, WI 53120


ZIEGLER INC.
1500 ZIEGLER DR. NORTHWEST
ALTOONA, IA 50009

# United States Bankruptcy Court
## District of Delaware

In re    **DeepFlex, Inc.** _____     Case No. _____

_____    Debtor(s)    Chapter    **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **DeepFlex, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**DeepFlex Brasil**

_____

☐ None [*Check if applicable*]

_04/06/2020_____        _/s/ Michael Busenkell_____
Date                                    **Michael Busenkell**
                                        Signature of Attorney or Litigant
                                        Counsel for   **DeepFlex, Inc.**
                                        **Gellert Scali Busenkell & Brown, LLC**
                                        **1201 N. Orange Street**
                                        **Suite 300**
                                        **Wilmington, DE 19801**
                                        **302-425-5812 Fax:302-425-5814**
                                        **mbusenkell@gsbblaw.com**