**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| **DEEPFLEX, INC.** | CASE NO. 20-10764 |
| Debtor(s). | |

**APPLICATION FOR TRUSTEE'S COMPENSATION AND EXPENSES**

1. Applicant was appointed as Trustee of this Bankruptcy Estate on 04/07/2020.

2. Applicant has performed all duties of the Trustee as Prescribed by Section 704 of the Bankruptcy Code.

3. Applicant requests compensation in the amount of $10,760.51 for such services performed in accordance with Section 704 of the Bankruptcy Code.

4. Applicant certifies that the amount requested is not in excess of the limitations prescribed by Section 326 of the Bankruptcy Code.

5. Applicant requests reimbursement in the amount of $0.00 for actual and necessary expenses incurred during the administration of this Bankruptcy Estate.

6. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, EXCLUDING DISBURSEMENTS TO THE DEBTOR, are $150,210.21. Pursuant to Section 326 of the Bankruptcy Code, compensation is computed as follows:

(Percentages Used for Cases Filed 10/23/94)

| | | |
|---|---:|---:|
| 25% on 1st | 5,000.00 | 1,250.00 |
| 10% on next | 45,000.00 | 4,500.00 |
| 5% on next | 950,000.00 | 5,010.51 |
| 3% of balance over | 1,000,000.00 | 0.00 |
| Total Compensation | = $ | 10,760.51 |

7. TRUSTEE EXPENSE ITEMIZATION

| Description of Expense | Amount of Expense |
|---|---|
| TOTAL | $ _____ .00 |

**WHEREFORE**, Applicant requests approval of the payment of compensation in the amount of $10,760.51 and reimbursement of expenses in the amount of $0.00.

Dated: July 27, 2023

/s/ David Carickhoff
David Carickhoff
Chapter 7 Trustee

## Trustee's Compensation

**Debtor: DEEPFLEX, INC.**                                                                                                           **Case: 20-10764**

| | |
|---|---:|
| **Computation of Compensation** | |
| Total disbursements to other than the debtor are: | $150,210.21 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | |
|    25% of First $5,000              = | 1,250.00 |
|    10% of next $45,000              = | 4,500.00 |
|    5% of next $950,000              = | 5,010.51 |
|    3% of Balance                    = | 0.00 |
| **Calculated Total Compensation:** | **$10,760.51** |
| Plus Adjustment: | $0.00 |
| **Total Compensation:** | **$10,760.51** |
| Less Previously Paid: | 0.00 |
| **Total Compensation Requested:** | **$10,760.51** |
| **Trustee Expenses** | |
| **Subtotal Expenses:** | **0.00** |
| Plus Adjustment: | $0.00 |
| **Total Expenses:** | **$0.00** |
| Less Previously Paid: | $0.00 |
| **Total Expenses Requested** | **$0.00** |

     The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge and requests the United States Trustee approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purpose of distribution to claims, administrative expenses, and other payments stated in this report and account.

     **WHEREFORE**, the Trustee requests that this application be approved by this court and that the Trustee be granted an allowance of $10,760.51 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: July 27, 2023                                              Signed: /s/ David Carickhoff
                                                                              David Carickhoff, Chapter 7 Trustee
                                                                              300 Delaware Ave
                                                                              Suite 1100
                                                                              Wilmington, DE 19801